# UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

September 5, 2012

Keith Russell Judd
#11593-051
Texarkana - FCI
Unit A-1
Inmate Mail/Parcels
PO Box 7000
Texarkana, TX 75505

Re: 1:11-fp-00259 Judd v. NH Secretary of State et al

Dear Mr. Judd:

This letter will acknowledge receipt of your undated Notice of Appeal to the Supreme Court of the United States for the above-referenced case. A Petition for Writ of Certiorari must be filed directly with the United States Supreme Court and not with this court. Sup. Ct. R. 12. Accordingly, we are returning your filing to you.

If you have any questions, you should contact the Clerk's Office of the United States Supreme Court, 1 First St., N.E., Washington, D.C. 20543, (202) 479-3000, and they will further advise you.

Very truly yours,

JAMES R. STARR
CLERK

by Janice E. Boucher
Janice E. Boucher
Deputy Clerk

Enclosure

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
2012 SEP -4 P 12:40

Keith Russell Judd, Plaintiff,

v.

No. 1:11-CV-00259

Secretary of State of New Hampshire;
State of New Hampshire;
New Hampshire Democratic Party,
et al., Defendants.

NOTICE OF APPEAL

Plaintiff, Keith Judd, Pro Se, hereby gives notice of appeal of the Order dated: _________________________, Denying the MOTION FOR RELIEF FROM JUDGMENT OR ORDER UNDER TWENTY FOURTH AMENDMENT;AND MOTION TO AMEND FOR COURT ORDER TO REGISTER ALL CONVICTED AND INCARCERATED FELONS TO VOTE IN ALL FEDERAL ELECTIONS AND CAUCUSES AND DEMOCRATIC NATIONAL CONVENTION; AND FOR ORDER TO REMOVE BARACK OBAMA FROM STATE'S 2012 PRESIDENTIAL PRIMARY ELECTION BALLOT/CAUCUS AND AWARD ALL DELEGATES TO KEITH JUDD, DEMOCRATIC PRESIDENTIAL CANDIDATE.

This appeal is to the Supreme Court of the United States pursuant to 28 U.S.C. § 2284(a), as the State Law disqualifying convicted and/or incarcerated felons from Voting in Federal Elections is challenged under Section 2 of the Fourteenth Amendment definition of **"other crime"** with regards to apportionment of congressional districts and whether convicted and incarcerated felons are included or excluded from the numbers for apportionment. The Supreme Court has appellate jurisdiction under 28 U.S.C. § 1253.

RESPECTFULLY SUBMITTED,

[signature]

KEITH RUSSELL JUDD, Plaintiff
Reg.#11593-051, Unit A-1
Federal Correctional Institute
P.O. Box 7000
Texarkana, Texas, 75505
(432)686-4020

PROOF OF FILING BY INMATE

I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on _________________________, I mailed this notice with First Class U.S. Postage prepaid and properly addressed to:

1.) U.S. District Court, 55 Pleasant Street, Concord, New Hampshire, 03301-3941

By [signature]
Keith Judd

FEC#C00302919,at,1-800-424-9530 www.vote-smart.org
www.fec.gov 1-800-872-9855

(541) 997-2651
(714) 642-4321
(316) 429-2773
(937) 382-2574
(219) 925-2611
(518) 374-4141
(812) 275-3355
(718) 981-1234
(785) 243-2424
(334) 792-3141
(970) 249-3444
(315) 363-5100
(812) 384-3501
(909) 849-4586
(316) 767-5123
(315) 470-0011
(213) 658-6464
(607) 432-1000
(800) 262-0420
(812) 332-4401
(316) 223-1460
(219) 824-0224
(703) 854-3400
(518) 561-2300
(812) 446-2216
(205) 325-2222
(717) 787-3391
(219) 926-1131
(401) 274-4400
(914) 454-2000
(803) 734-3970
(765) 832-2443
(970) 879-1502
(605) 773-3215

△1

(785) 263-1000
(330) 264-1125
(800) 559-2383
(707) 464-2141
(212) 416-2000
(510) 757-2525
(785) 462-3963
(205) 234-4281
(316) 225-4151
(805) 395-7500
(316) 775-2218
(334) 222-2402
(316) 788-2835
(785) 738-3537
(800) 362-6712
(518) 270-0011
(205) 236-1551
(719) 539-6691
(716) 282-2311
(617) 450-2000
(760) 256-2257
(316) 431-4100
(800) 967-2087
(785) 632-2127
(716) 372-3121
(614) 452-4561
(785) 899-2338
(205) 325-2343
(219) 244-5153
(615) 741-3491
(512) 463-2191
(716) 232-7100
(812) 372-7511

(212) 175-4848
(970) 522-1990
(316) 442-4200
(705) 362-1260
(937) 372-4444
(205) 232-2720
(316) 342-4800
(916) 385-5656
(800) 362-6712
(719) 544-3520
(916) 756-0800
(719) 846-3311
(312) 750-4000
(719) 254-3391
(615) 442-4404
(913) 367-0583
(716) 232-7100
(316) 367-0583
(214) 631-7250
(316) 251-3300
(716) 693-1000
(316) 797-1214
(205) 734-2131
(916) 891-1234
(315) 393-1000
(330) 747-1471
(205) 353-4612
(785) 742-2111
(219) 724-2121
(315) 337-4000
(316) 662-3311
(208) 334-2400
(716) 945-1644
(219) 294-1661

(212) 862-[illegible]
(540) 465-5137
(330) 454 5611
(800) 864 8340
(765) 55[illegible] 3355
(504) 447-1055
(419) 586-2571
(213) 224-5300
(812) 424-7711
(205) 766-3434
(206) 448-8000
(209) 441-6111
(614) 773 2111
(541) 276-2211
(206) 464-2111
(503) 399-6011
(513) 721-2700
(334) 644-1101
(509) 459-5000
(805) 738-2313
(202) 857-7680
(509) 237-4500
(800) 588-6397
(513) 352-2000
(253) 597-8511
(800) 333-3411
(614) 474-3131
(509) 525-3300
(318) 527 7075
(216) 999 4800
(360) 452-2345
(812) 464 7614
(717) 787-3974
(800) 249 9653

△2

(360) 552 [illegible]
(757) 531 [illegible]
(614) 439 [illegible]
(602) 4[illegible]
(334) 347 1533
(541) 384-5537
(213) 582-[illegible]
(760) 337-34[illegible]
(360) 736-3311
(703) 854-3400
(205) 549-2000
(253) 872-6600
(760) 745-6611
(205) 221-2840
(800) 683 1429
(510) 783 6111
(541) 296-2141
(205) 259-1020
(703) 878 8000
(707) 425-4646
(360) 577-2500
(334) 566-4270
(509) 582-1500
(504) 643-4918
(614) 461-5000
(800) 444-6397
(360) 694 3341
(503) 221 8327
(212) 560-3182
(360) 754 5400
(614) 622 1122
(202) 3[illegible]7 2767
(211) 461 [illegible]222

(21[illegible]) [illegible] 3115
(54[illegible]) [illegible]
(40[illegible]) 45[illegible]
(2[illegible]) 745 [illegible]
(33[illegible]) 11[illegible]
(54[illegible]) [illegible]19 5[illegible]
(800) 751-[illegible]
(501) [illegible]18-1251
(360) 676 2[illegible]
(334) 433 1551
(330) 821 120[illegible]
(540) 667-3200
(800) 561 3611
(360) 377 3711
(205) 532-4000
(509) 663 5161
(707) [illegible]42-1711
(503) 226-1311
(334) 262-1611
(419) 281-6581
(408) [illegible]37 55[illegible]
(614) 592-6612
(509) 765-4561
(937) 592-3[illegible]
(800) 443-23[illegible]
(419) [illegible]83 4190
([illegible]) 26[illegible] 5[illegible]
(9[illegible]) 225 2[illegible]
(800) 34-81[illegible]8
([illegible]) [illegible] 1111
(360) 424 3251
([illegible]31) 736 7[illegible]
(432) 333-7740
(419) [illegible]

(212) 664-3888
(561) 395-8300
(513) 863-8200
(803) 734-1080
(909) 987-6397
(508) 793-9100
(614) 532-1441
(800) 692-7207
(573) 636-3131
(508) 764-4325
(419) 674-4066
(704) 484-7000
(213) 237-5000
(614) 654-1321
(954) 356-4000
(916) 741-2345
(419) 223-1010
(209) 578-2000
(941) 335-0200
(440) 424-9544
(505) 396-2844
(413) 584-5000
(614) 385-2107
(800) 228-3483
(614) 852-1616
(505) 622-7710
(215) 560-6370
(417) 623-5480
(440) 245-6901
(505) 388-1576
(816) 234-4141
(401) 277-3272
(573) 221-2800
(419) 552-3311

△3

(330) 385-4545
(605) 741-2681
(352) 563-6363
(937) 878-3993
(800) 375-6397
(941) 687-7000
(419) 435-6641
(413) 788-1000
(212) 737-3399
(800) 843-6680
(978) 458-7100
(209) 674-2424
(904) 252-1511
(505) 425-6796
(573) 882-5700
(419) 784-5441
(800) 452-2511
(209) 239-3531
(419) 332-5511
(561) 461-2050
(408) 372-3311
(508) 997-7411
(573) 882-5700
(800) 360-3601
(352) 378-1411
(910) 727-7211
(978) 744-0600
(573) 624-4545
(419) 468-1117
(510) 208-6300
(573) 888-4505
(413) 788-1000
(614) 373-2121

(213) 456-4900
(5[illegible]) 463-1312
(781) 933-3700
(419) 695-0015
(208) 334-2210
(916) 385-3124
(614) 363-1161
(800) 473-0998
(212) 714-7848
(305) 294-6641
(704) 373-1451
(508) 880-9000
(914) 823-3106
(800) 683-3321
(781) 321-8000
(614) 446-2342
(904) 752-1293
(800) 258-9258
(508) 473-1111
(707) 226-3711
(950) 363-1114
(781) 245-0080
(800) 666-5492
(418) 562-4181
(415) 883-8600
(816) 637-6155
(505) 356-4481
(816) 665-2808
(508) 764-4325
(573) 642-7272
(417) 532-9131
(937) 548-3151
(704) 859-9151
(614) 387-0400

(212) 452 3308
(813) 442-7700
(814) 837-0000
(661) 359-3680
(315) 242-5000
(409) 756-6671
(518) 270-1200
(516) 434-3311
(573) 751-3321
(814) 724-6370
(512) 884-2011
(202) 343-4340
(2[illegible]) 972 2500
(717) 792-9671
(212) 492-5800
(308) 762-3660
(202) 463-9550
(718) 636-4500
(213) 852-7400
(404) 656-3300
(716) 849-3454
(412) 664-9161
(860) 585-2000
(508) 586-1500
(308) 995-4441
(703) 998-2600
(202) 546-3000
(212) 206-6492
(402) 444-1000
(212) 714-7893
(802) 748-5121
(415) 437-5800
(212) 456 1040
(212) 452-3[illegible]

△4

(513) 454-5[illegible]
(802) 479-[illegible]
(334) 242-7300
(402) 475-42[illegible]
(212) 695 1500
(417) 465-3600
(802) 447 7567
(412) 543-[illegible]
(716) 343 8000
(402) 362-4478
(806) 249-4511
(717) 291 8022
(607) 798-1234
(214) 977-8222
(914) 965-5000
(717) 291-8733
(308) 254-5555
(402) 223-5233
(802) 298-871[illegible]
(830) 775-1551
(972) 875 3501
(610) 372-2500
(602) 542-5225
(802) 775-5511
(716) 344-[illegible]
(814) 676-7444
(518) 943-2100
(402) 462-2131
(501) 682-2007
(914) 694 [illegible]
(956) 383-2705
(202) 872-4097
(316) 445-9555

(212) 16[illegible]
(715) [illegible]
(303) [illegible] 3617
([illegible]) [illegible]3 9111
(21[illegible]) [illegible]-9[illegible]44
([illegible]) [illegible]4-5[illegible]
(21[illegible]) [illegible] 7323
(308) [illegible]2 [illegible]
(360) [illegible]66 2[illegible]6
(315) [illegible]42 1[illegible]
(412) 6[illegible] [illegible]52[illegible]
(9[illegible]) [illegible]54 2311
(308) [illegible]15-4500
(208) [illegible]26-0111
(302) [illegible]77-3838
(402) [illegible]-5334
(802) [illegible]34-6568
(716) 5[illegible] 5300
(21[illegible]) 9[illegible]-4[illegible]
(40[illegible]) 5[illegible] 2741
(903) 4[illegible] 717[illegible]
(914) [illegible]3-22[illegible]
(71[illegible]) [illegible]18 6[illegible]
([illegible]) [illegible]1 5[illegible]
(940) [illegible]-3811
(41[illegible]) [illegible] 6551
(95[illegible]) [illegible]3 252[illegible]
([illegible]) [illegible] 4651
([illegible]) 5[illegible] [illegible]
([illegible]16) [illegible]
([illegible]) [illegible] 1771
([illegible]) [illegible]
([illegible]) [illegible]-252[illegible]
([illegible]) [illegible]

2

(202) 467-5404
(804) 978-7200
(717) 854-1575
(937) 644-9111
(309) 734-3176
(804) 786-2071
(814) 827-3034
(330) 833-2631
(757) 446-2000
(815) 942-3221
(513) 422-3611
(717) 265-2151
(618) 242-0117
(614) 397-5333
(804) 732-3456
(618) 393-2931
(800) 765-4011
(419) 592-5055
(970) 824-7031
(360) 664-8564
(330) 364-5577
(814) 684-4000
(303) 820-1010
(304) 558-2021
(614) 345-4053
(540) 885-7281
(608) 266-1221
(814) 723-8200
(307) 777-7841
(618) 932-2146
(970) 867-5651
(402) 471-3297
(202) 513-2107
(815) 987-1200

13

(719) 584-2553
(419) 668-3771
(540) 962-2121
(815) 433-2000
(800) 397-1708
(614) 992-2155
(970) 925-2220
(412) 224-4321
(757) 247-4600
(614) 353-3101
(303) 442-1202
(217) 465-6424
(802) 828-3171
(888) 766-3311
(217) 379-4313
(540) 980-5220
(303) 892-5000
(212) 774-2161
(702) 687-3510
(540) 574-6200
(309) 346-1111
(800) 274-7355
(970) 247-3504
(804) 385-5400
(603) 271-3655
(412) 439-7500
(703) 368-3101
(815) 842-1153
(609) 292-4925
(412) 222-2200
(708) 633-6700
(505) 827-6000
(618) 544-2101

(212) 265-8520
(847) 336-7000
(717) 286-5671
(801) 538-1015
(970) 925-3414
(518) 474-7124
(540) 825-0771
(919) 733-3372
(815) 432-5227
(800) 777-7171
(970) 493-6397
(804) 793-2311
(717) 326-1551
(719) 275-7565
(540) 638-8801
(703) 560-4000
(804) 649-6000
(800) 653-6344
(719) 632-5511
(212) 714-7848
(717) 829-7100
(309) 686-3300
(540) 373-5000
(217) 788-1300
(701) 328-2210
(800) 829-8000
(815) 673-3771
(703) 257-4600
(614) 466-3376
(540) 981-3100
(217) 824-2233
(405) 521-3921
(503) 378-6000
(970) 668-3998

(518) 54[illegible]
(603) [illegible] 4321
(423) 523-[illegible]
(802) 66[illegible]
(517) 265 5111
(603) 752-5858
(541) 471-3700
(608) 328-4202
(505) 325-4545
(414) 338-6622
(212) 930 8000
(514) 482 3456
(407) 420-5000
(920) 235 7700
(517) 629 3984
(207) 784-5411
(541) 485-1234
(517) 354-3111
(608) 792 2111
(800) 356-4262
(715) 423-7200
(313) 994-6959
(515) 284-8000
(804) 786-2251
(904) 763-3134
(616) 964-7161
(712) 362 2622
(207) 780-4000
(901) 642-1162
(212) 210-2100
(517) 895-8551
(515) 472-4129
(360) 753-5601
(712) 540-7631

14

(941) 96[illegible]
(715) 842 21[illegible]
(818) 840-4813
(517) 278 2318
(505) 546-2611
(518) 453 47[illegible]
(615) 444-315[illegible]
(920) 684 4433
(800) 875-636[illegible]
(423) 981-1100
(904) 264 32[illegible]
(503) 325-3211
(901) 529-2315
(505) 823 [illegible]
(615) 654-1200
(407) 242 3500
(207) 990-8000
(715) 735 6811
(305) 633-3341
(541) 269 1222
(800) 678-6400
(716) 384-3131
(207) 873 3341
(414) 634 3322
(941) 427-1[illegible]
(212) 837-7[illegible]
(423) 482 1021
(941) 763 3134
(616) 796 4531
(603) 524 3500
(319) 372-6421
(304) 558-2601
(616) 775-6565

[illegible]
[illegible]
(41[illegible]) 54[illegible]
(60[illegible]) 582-2741
(61[illegible]) 667 7141
(8[illegible]) 875 6397
(71[illegible]) 31[illegible]
(4[illegible]) 752 12[illegible]
(7[illegible]) 778 1400
(5[illegible]) 437 7120
(5[illegible]) 382 1811
(35[illegible]) 365-8200
(51[illegible]) 943-2[illegible]
(8[illegible]) 526 3614
(541) 776-4411
(603) 543 3100
(423) 581 5030
(810) 982-4023
(914) 343-2181
(30[illegible]) 350 2111
(61[illegible]) 259-8800
(2[illegible]) 282 1535
(50[illegible]) 746 3524
(21[illegible]) 752-3510
(94[illegible]) 762-3161
(414) 224 2[illegible]
(50[illegible]) 763 3431
(9[illegible]) 855-6744
[illegible] 774-3311
(715) 365 6017
(31[illegible]) 737 3181
(31[illegible]) 222-6610
(6[illegible]) 266 1221
(319) 724-6300

(212) 679-7409
(903) 572-1705
(203) 333-0161
(800) 365-0820
(712) 246-3097
(208) 522-1800
(318) 893-4223
(765) 584-4501
(505) 863-6811
(630) 841-5844
(903) 885-8663
(208) 377-6200
(409) 564-8361
(712) 279-5072
(800) 627-4663
(618) 234-1000
(830) 625-9144
(208) 783-1107
(860) 489-3121
(254) 965-3124
(712) 262-6610
(800) 545-3817
(203) 574-3636
(504) 345-2333
(712) 732-3130
(815) 544-9811
(800) 724-2543
(319) 653-2191
(360) 442-2200
(618) 438-5611
(203) 846-3281
(319) 291-1400
(309) 829-9411
(515) 684-4611

15

(972) 542-2631
(618) 463-2500
(360) 534-0501
(318) 828-3746
(940) 325-4465
(800) 438-6600
(765) 675-2115
(208) 785-1100
(318) 487-6397
(847) 427-4300
(505) 393-2123
(812) 886-9955
(318) 462-0616
(903) 729-0281
(860) 887-9211
(800) 346-5022
(903) 785-8744
(808) 525-8000
(505) 541-5400
(972) 424-6565
(208) 467-9251
(504) 383-1111
(800) 444-8514
(409) 985-5541
(208) 733-0931
(231) 252-3737
(318) 783 3450
(210) 225-7411
(800) 876-6397
(515) 832-4350
(203) 789-5200
(212) 975-2066
(812) 254-0480

(212) 206-6492
(254) 562-2868
(203) 625-4400
(800) 598-5597
(203) 964-2200
(319) 385-3131
(202) 636-3000
(860) 241-6200
(903) 893-8181
(800) 742-6397
(319) 263-2331
(808) 935-6621
(860) 347-3331
(318) 281-4421
(800) 648-5048
(319) 283-2144
(208) 678-2201
(903) 757-3311
(203) 729-2228
(830) 379-5402
(800) 333-6799
(806) 762-8844
(409) 632-6631
(208) 664-8176
(903) 935-7914
(800) [illegible]
(504) 732-2565
(956) 686-4343
(512) 392-2458
(860) 225-4601
(800) 990-5765
(515) 672-2581
(214) 2[illegible]7-3111
(360) 423-8466

(201) 583-5000
(217) 782-2235
(510) 462 416[illegible]
(803) 524-3183
(818) 972-0777
(317) 232-2540
(202) 457-4481
(800) 553-6880
(515) 281-5911
(803) 329 4000
(406) 222-2000
(401) 821 74[illegible]
(785) 294 3227
(907) 225-3157
(202) 524-6400
(808) 245-3681
(502) 564 4720
(406) 363-3300
(212) 975-5300
(803) 317-6397
(907) 486-3227
(612) 222-5[illegible]
(406) 232-0450
(217) 235-5656
(626) 578-6300
(210) 433 1000
(517) 373-0120
(916) 622 1255
(818) 840-4444
(612) 297-5829
(218) 741-5544
(803) 533-5500
(406) 444 3858
(432) 573-34[illegible]

16

(803) 648 2311
(504) 568-5767
(406) 657-1200
(601) 359 3644
(803) 577 7111
(907) 257 4200
(401) 277-7000
(207) 822-4146
(209) 784 5000
(573) 751 4144
(808) 321 1511
(410) 974 3341
(800) 933-5760
(406) 555-7000
(212) 802 4000
(916) 533-3131
(303) 771 6161
(406) 761-6666
(617) 557-1000
(760) 322 8839
(507) 285-7600
(800) 777 2142
(401) 762 3000
(406) 265-6795
[illegible]-8100
(510) 758-8400
(612) 439 313[illegible]
(864) 223 1111
(510) 774 5[illegible]
(618) 993 [illegible]
(803) 787 4213
(507) 376 1711
(432) 445 5475

[illegible] 685-26[illegible]
(21[illegible]) [illegible]3 32[illegible]
(315) [illegible]
(864) [illegible] 1221
(6[illegible]) [illegible]
(402) 737-4661
(4[illegible]) 355-7[illegible]
(61[illegible]) 443-2331
(50[illegible]) 151 2341
(90[illegible]) 83 7751
(32[illegible]) [illegible]6-6977
(217) [illegible]
(916) [illegible]7 2151
(803) 775-6331
(202) [illegible]4-6000
(612) [illegible]3-8[illegible]3[illegible]
(406) [illegible] 550
(401) 596 7791
(907) 456 6661
(864) [illegible]7-1234
(401) 941 3500
(860) [illegible]59 2873
(217) [illegible]4-2120
(864) [illegible]93 41[illegible]
(116) [illegible] 2471
[illegible] 8[illegible]5
(401) [illegible] 4000
(50[illegible]) [illegible] 0777
(309) [illegible]3 [illegible]
[illegible]
[illegible]
(37[illegible]) [illegible] 119
[illegible]
(202) 2[illegible]

3

(213)954-2465
(801)394-7711
(810)766 6100
(212)416-4036
(800)482-1121
(918)756-3600
(616)842-6400
(501)268-8621
(405)256-2200
(307)856-2244
(956)542-4301
(870)935-5525
(409)776-4444
(918)224-5185
(817)645-2441
(870)534-3400
(605)394-8300
(616)459-1400
(405)382-1100
(870)642-2111
(410)581-4185
(212)456-4013
(870)862-6611
(616)754-9301
(870)425-6301
(405)273-4200
(757)579-7000
(870)523-5855
(800)256-7387
(305)674-5000
(517)787-2300
(212)486-6600
(818)977-5000
(307)266-0500

9

(605)331-2200
(906)786-2021
(501)982-6566
(405)772-3361
(870)673-8533
(801)373-5056
(307)347-3241
(870)793-2383
(801)237-2800
(501)968-5252
(405)238-6464
(806)376-4488
(501)315-8228
(918)256-6422
(903)675-5626
(870)763-4461
(806)376-4488
(605)996 5514
(501)378 3400
(512)445-3500
(870)633-3130
(409)245-5555
(956)542 4301
(870)777-8841
(409)265-7411
(870)239-8562
(307)634-3361
(517)437-7351
(605)256-4555
(906)774 2772
(918)456-8833
(615)871-7858
(616)392 2311

[illegible]
[illegible] 257 3341
[illegible] 782 2101
[illegible] 272 2431
[illegible] 246 5525
(406)932 2211
(405)642-2761
(501)623-7711
(307)324-3411
(701)836-7956
(501)785-7700
(801)674-6200
(870)735-1010
(405)336-2222
(870)836-8192
(806)273-5611
(307)362-3736
(870)741-2325
(405)765-3311
(605)886-6901
(409)833-3311
(870)338-4181
(307)682-9306
(918)825-3292
(870)425-3133
(403)583-2124
[illegible] 225-4100
(313)222-6400
[illegible] 583-2161
[illegible] 527 2100
[illegible] 667-7811
[illegible] 706-3300
[illegible] 467 5404
[illegible] 482-1500

(202)27[illegible]
(715)62[illegible]
(616)424 24[illegible]
(618)252 [illegible]
(308)534 2226
(907)777 7841
(55[illegible])435 8500
(906)63[illegible]
(307)777 7316
(800)288-7690
(616)837-1164
(502)582-4011
(307)777-7316
(616)651-5407
(800)743-3391
(402)471 3731
(561)820-3800
(702)687 5180
(616)673-8191
(414)657 1000
(616)279 7488
(603)271 2646
(800)236 6397
(608)782-9710
(248)541 3000
(941)629-2855
(517)752-7171
(604)292 4837
(561)562-2315
(505)827 4866
(212)361-3000
(213)954 2460
(201)565 1500
(810)985-7171

10

[illegible]
(900)231 [illegible]
(517)777 [illegible]
[illegible]
(616)815 [illegible]
(800)872-0001
(618)252-6400
(850)597 2100
(910)276 2311
(616)845 4181
(800)231 6575
(616)723 3592
(914)325 2721
(502)821 6833
(813)257-7711
(906)228-2500
(850)747 500
(502)247 5223
(616)781 3445
(800)446 2204
(920)432 2741
(606)744-3123
(517)835 7171
(608)266-1586
(813)893-8111
(920)435 4411
(810)469-4512
(518)455-7720
(561)820 4100
(608)754 3311
[illegible]722 7161
(919)773 3723
(503)981 5555

[illegible]
[illegible]
[illegible]
715 [illegible] 713
[illegible]
[illegible] 496 [illegible]
[illegible] 717-[illegible]
[illegible] 356 [illegible]
[illegible] 49 [illegible]
[illegible] 291 7731
[illegible] 323 [illegible]
[illegible] 887 [illegible]
(80[illegible])568-7625
(41[illegible])739 43[illegible]
(71[illegible])833 7200
(701)652-3313
(800)542 8908
[illegible]
(606)248 1010
(704)437-2161
(40[illegible])322 2611
(92[illegible])[illegible] 5551
[illegible]753 1416
[illegible]746 1234
[illegible] 756 411[illegible]
[illegible] 833 21
(941)453 7755
[illegible] 466 5251
[illegible] 426 [illegible]
[illegible] 537 2511
[illegible] 521 2163
[illegible]
(214)332 8181
(202)302 [illegible]

(212)664-3737
(219)223-2111
(717)348-9100
(972)875-3801
(618)532-5604
(800)600-1141
(765)932-2222
(817)390-7400
(800)553-2006
(702)383-0211
(903)586 2236
(800)235-9100
(918)652-3311
(812)522-4871
(800)548-6397
(405)233-6600
(830)896-7000
(610)433-8926
(317)398-6631
(702)385-3111
(217)351-5252
(432)580 6397
(800)669-5757
(219)235-6161
(405)353-0620
(812)231-4200
(800)288-2021
(217)345-7085
(505)884-7777
(312)225-2400
(610)284-7200
(903)794 3311
(432)563-4421
(515)421-0500

11

(309)647-5100
(717)421-3000
(405)924-4388
(254)634-2125
(800)528-4637
(712)328-1811
(903)984-2593
(610)371-5000
(515)782-2141
(702)882-2111
(940)665-5511
(800)350-1696
(713)220-7171
(215)854-2000
(405)379-5411
(814)676 7444
(702)423-6041
(800)377-3750
(405)335-2188
(412)263-1100
(702)358-8061
(800)346-6397
(918)786-9002
(800)468-0350
(702)623-5011
(717)648-4641
(405)326-3311
(610)323-3000
(405)236-3321
(409)295-5407
(814)938-8740
(312)321-3000
(812)829-2255

[illegible] 887 6400
[illegible] 888-9643
(319)398-8211
(104)840-4444
[illegible]738-3119
[illegible]225-3000
(219)383-2200
(800)336-7678
(702)788-6200
(409)744-3611
(800)876-8700
(405)338-3355
(610)696-1775
(405)225-3000
(800)244-6397
(702)289-4491
(812)723-3161
(956)423 5511
(800)818-6397
(515)856-6336
(402)657-2501
(800)542 5620
(405)282 2222
(814)781 1596
(800)364-2030
(800)443-4493
(515)228-3211
(812)268 6356
(800)472-6397
(712)225-5111
(717)622 3456
(31[illegible])222 3232
(405)859-8683
(319)242 7101

(202)845 769[illegible]
(704)252-5611
(618)662 2168
(334)242 4609
(304)645-1206
(815)232-1171
(606)528-2464
(910)991 1234
(907)264 0607
(704)245-6431
(309)343-7181
(800)635-9434
(704)364-3291
(606)292-2600
(217)245-6121
(518)828-1616
(419)778-2211
(815)724-6161
(607)272 232[illegible]
(602)542-9300
[illegible]788 3333
(814)937-3300
(704)932 3131
(501)682 6849
(404)827 2992
(800)870 8414
(415)396 9400
(212)973 2800
(315)523 3680
(303)861 1111
(212)804 2266
(704)329 8700
(212)450-4025
(910)353 1171

12

(716)227 [illegible]
(212)4[illegible]
(860)566 8160
(800)600 4920
(212)775 3691
(304)7[illegible] 69[illegible]
(910)542 8137
(800)344 6219
(315)789 3335
(910)623 2155
(302)739 4155
(304)367 2500
(212)301 3000
(502)769-2312
(315)866 2220
(800)383 7827
(910)373 7[illegible]
[illegible] 100
(919)638 8101
(502)681 17[illegible]
(914)331 50[illegible]
(800)289 3200
(9[illegible])325 4848
[illegible]773 451[illegible]
(716)434 4222
(913)75[illegible] 6166
[illegible]8[illegible]
[illegible]852 2151
(850)480 6125
(800)667 7827
[illegible]956 5815
[illegible]888 -500
(404)656 317[illegible]

[illegible] 457 [illegible]
[illegible]
(61[illegible]) 7[illegible] 35[illegible]
[illegible]
[illegible]
[illegible] 492 [illegible]
[illegible] 588 7[illegible]
[illegible] 263 3131
(31[illegible]) 726 7[illegible]
(419) 527 3111
[illegible] 895 3[illegible]
[illegible] 92 31[illegible]
(800) 747-7323
(919)335 6841
[illegible]
[illegible]
(201)346 2136
(606)327 1717
(305)944 8321
[illegible]227 4556
(518) 725 6616
(50[illegible]) 678 5171
(91[illegible]) 562 4163
(21[illegible]) 426 5900
(919 [illegible]
[illegible] 515-2550
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] 111

4

(212)737-3399
(508)586-6200
(228)896-2100
(512)664-6588
(310)829 6811
(423)745-5664
(601)835-6461
(423)929-3111
(423)638-4181
(310)832-0221
(423)246-4800
(901)427-3333
(515)232-2160
(304)485-1891
(423)928-4151
(770)483-7108
(318)824-3011
(423)246-8121
(978)922-1234
(912)273-2277
(408)423 4242
(901)285-4091
(617)929-2000
(508)775-1200
(209)943-6397
(712)243-2624
(978)685-1000
(318)322-5161
(319)754-8461
(801)538-1044
(617)783-3500
(318)352-5501
(802)328-3278
(712)792-3573

5

(912)888-9300
(423)756-6900
(650)348-4321
(781)329-5018
(404)526-5151
(304)233-0100
(978)249-3535
(417)358-2191
(318)377-1966
(601)627-2201
(816)646-2411
(714)835-1234
(508)222-7000
(601)582-4321
(706)278-1011
(805)925-2691
(318)289-6300
(816)229-9161
(304)675-1333
(816)882-5335
(770)942-6571
(304)235-4240
(978)632-8000
(601)226-4321
(413)772-0261
(916)541-3880
(417)334-3161
(816)258-7237
(318)239-3444
(573)449-3811
(706)324-5526
(318)942-4971
(425)472-5041

(202)737-3220
(423)756-1234
[illegible] 792 [illegible]
(912)924-2751
(706)724-0851
[illegible] 845 [illegible]
(508)676 8211
(515)552-1800
(805)263-3171
(404)827-1503
(978)343-6911
(318)365-6773
(601)843-4241
(816)885-2281
(912)265-8320
(805)564-5200
(617)426-3000
(508)872-4321
(504)826-3279
(601)328-2424
(707)546-2020
(508)626-3800
(318)433-3000
(601)961-7000
(304)436-3144
(770)834-6631
(318)459-3200
(601)287-6111
(573)346-2132
(770)382 4545
(573)335-6664
[illegible]5)388 6464
(712)272-5822
[illegible]15)526 1715

(202)898-7620
(601)226-4321
[illegible]4)464-6221
(212)782 1690
[illegible] 559 9660
[illegible]5)251 2373
(312)232 6201
(4 5)772 111[illegible]
(919)829-4500
(701)612 8555
(517)373-1110
(520)763-2505
(701)225-8111
(601)582-4321
(816)886 2233
(785)296-2215
(520)458-9440
(910)349-4331
(502)564-7600
(602)977 8351
(816)562 2424
(601)761-7000
(504)342 7013
(602)898 5680
(207)626-8800
(860)585-2000
(408)424-2221
(410)576-6300
(302)674-3600
(409)487-2200
(617)727 2200
(212)873 2800
[illegible] 91 6405
(310)358 5300

6

(724)[illegible]
(419)279 7131
(203)816 [illegible]
[illegible]5)342-41[illegible]
(713)2[illegible] 31
(417)451 1520
(520)432 2231
(601)353 6101
(701)612-212[illegible]
(909)793 3221
(512)575 1451
(816)776 5454
(520)836-7461
(254)757 5757
(701)572 2165
(816)271 8500
(520)774-4545
(573)581-1111
(916)321-1000
(602)898 5611
(701)235-731
(302)645-2260
(602)898-6500
(254)778-4444
(601)425 1551
(520)573-4220
(940)592-5454
(212)664-4249
(919)349 4331
(601)328-2424
(418)92[illegible]-5[illegible]
(612)246 6136
(202)498 7621

(7[illegible])456 4083
(7[illegible]) [illegible]
(9[illegible])446 5161
[illegible]
(52[illegible] [illegible]
[illegible]
(81[illegible])781 [illegible]
(9[illegible])[illegible] 3710
(91[illegible]) 117 5111
(520)364 1424
(601)6[illegible]-2200
(9[illegible])6[illegible]4 12
(30[illegible])324 2500
(415)777-2421
(817)544-7447
(52[illegible])753 6317
(512)352 5535
(601)843-4241
(5[illegible]3)431-2010
(602)941-2300
(816)263 4123
(70[illegible])780 1100
(66[illegible])271 8000
(9[illegible]) 537 2500
(97[illegible])565 6470
(52[illegible])445-3333
(70[illegible])252 312
(52[illegible])573 4500
(40[illegible]) 345 3411
(6[illegible]) [illegible]57 6111
(9[illegible]) 597 8111
(7[illegible])857-19[illegible]
(41[illegible]) 235 3135
(707)734 4144

(213)954-2400
(610)826-6500
(419)294-2332
(219)881-3000
(814)946-7411
(219)362-2161
(412)523-6588
(765)653-5151
(507)373-1411
(217)935-3171
(765)482-4650
(814)532-5050
(419)238-2285
(228)762-1111
(815)459-4040
(507)334-1853
(812)847-4487
(601)798-4766
(217)446-1000
(301)722-4600
(219)722-5000
(218)262-1011
(614)335-3611
(573)431-2016
(717)253-3055
(812)265 3641
(440)951-0000
(814)643-4040
(815)758-4841
(601)693-1551
(612)673-4000
(423)342-6397
(212)258-8736
(765)342-3311

7

(417)836-1100
(330)296-9657
(937)652-1331
(410)332-6000
(219)356-6700
(816)359-2212
(412)775-3200
(218)751-3740
(814)665-8291
(330)332-4601
(410)228-3131
(314)340-8000
(412)588-5000
(419)342-4276
(301)670-1400
(419)738-2128
(412)282-8000
(717)255-8100
(601)684-2421
(219)583-5121
(717)455-3636
(218)723-5281
(765)529-1111
(507)235-3303
(765)664-5111
(301)662-1177
(217)429-5151
(219)933 3200
(412)628-2000
(815)284-2222
(432)333-7784
(601)442-9101
(217)347-7151

(718)706 4747
(816)747-8125
(317)633-1240
(314)623-1151
(218)829-4705
(765)747-5700
(717)784-2121
(937)498-2111
(601)234-4351
(814)368-3173
(812)482-2424
(573)471-1137
(812)283-6630
(301)459-3131
(937)328-0300
(601)323-1642
(717)243-2611
(218)281-2730
(573)336-3711
(410)822-1500
(419)394-7414
(6[illegible])636 4545
(417)256 9191
(410)398-3311
(219)347 6400
(717)264-6101
(419)245-6000
(601)494-1422
(814)765-5581
(937)335-5634
(4[illegible])465-5555
(812)944-6481
(618)542-2133
(765)459-3121

(213)956 5220
(609)451-1000
(405)332 4433
(316)331 3550
(770)478-5753
(209)734-5821
(316)231-2600
(706)884-734
(609)935-1500
(219)726-9141
(912)764-9031
(204)688-0521
(970)242-5050
(812)385-2525
(732)349-3000
(785)877-3361
(707)644 1141
(770)963-9205
(918)225-3353
(785)295 1111
(912)923-6432
(910)662 5421
(219)866-5111
(316)326-3326
(770)428-9411
(818)[illegible] 3000
(912)283-2244
(973)428-6200
(912)236 9511
(604)971-8000
(765)962 1575
(405)323-5151
(505)243 4411
(912)226-2400

8

(770)532-1234
(317)773 1210
(510)934 2525
(405)482 1221
(717)275 3235
(609)663 6000
(909)670 4315
(785)762 5000
(609)272-1100
(316)741 [illegible]422
(805)656 2900
(405)255-5354
(970)352-0211
(209)634 9141
(316)283 1500
(91[illegible])371-4200
(973)365-3000
(785)776-2200
(707)643 1766
(316)257 2368
(61[illegible])258 7171
(609)691-5000
(212)463 6029
(785)483-7116
[illegible]21)653-1000
(912)744 4200
(416)842 [illegible]
(405)224 2600
(912)382 4321
[illegible]173)877 4111
(418)341 1101
(8[illegible])968 37[illegible]
(47[illegible])669-5050

[illegible]
(3[illegible]3 [illegible]
[illegible]
(2[illegible])750 31[illegible]
(601)545 3300
(76[illegible]) [illegible]4 [illegible]41
(316)672 5511
(715)345-3000
(91[illegible])371 4500
(9[illegible])722-8800
(70[illegible]) 118 35[illegible]
(405)327 2000
(316)285-3111
(620)762 8811
(604)376 3232
(732)246 5500
(303)541 1414
(56[illegible]) [illegible]18 6755
(405)217-3331
(20[illegible]) 646 4000
(604) 54 7800
(412) [illegible] 73
(918)735 8200
(719)584-4475
(405)368 32[illegible]
(814) [illegible]
(913) 8[illegible] 1300
(316) 69 6000
(7[illegible]) 122 [illegible]
(717) 736 2[illegible]
(316) [illegible]4 5[illegible]
(812)711 1901
(323) [illegible] 13
(303) 776 7211